THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROCH-
ESTER, SYRACUSE AND EASTERN RAILROAD COMPANY,
Appellant, *v.* DANIEL MORONEY et al., Constituting
the Board of Assessors of the Town of Montezuma,
Respondents.

(Submitted September 30, 1918; decided October 8, 1918.)

MOTION for re-argument or to amend remittitur.   (See
224 N. Y. 114.)

Motion denied, except that the remittitur be recalled
and amended by adding thereto after the words " costs
in all courts," the words " against the Town of Monte-
zuma, County of Cayuga, being the tax district repre-
sented by the defendants as the Board of Assessors
thereof."

------

SARAH C. HOWES, as Administratrix of the Estate of
WILLIAM A. HOWES, Deceased, Appellant, *v.* NEW
YORK PRESS COMPANY, Respondent.

(Submitted September 30, 1918; decided October 8, 1918.)

Motion for re-argument of motion to dismiss appeal
denied, with ten dollars costs and necessary printing dis-
bursements.   (See 224 N. Y. 575.)

------

MARY HORAN, Administratrix of the Estate of DAVID
HORAN, Deceased, Appellant, *v.* NEW YORK, NEW
HAVEN AND HARTFORD RAILROAD COMPANY, Respond-
ent.

(Submitted September 30, 1918; decided October 8, 1918.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements.   (See 223 N. Y.
647.)